7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

*In Re:* Jaime Scott Farao
*Debtor*

*Bankruptcy Case No.*
12–50112–jwv7

**Bank of Weston**
    Plaintiff(s)

*Adversary Case No.*
12–05011–jwv

v.

**Jaime Scott Farao**
    Defendant(s)

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Jerry W. Venters , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: that
a. Plaintiff is granted a judgment against Defendant in the principal amount to $182,569.44.
b. Any and all debts owed to Plaintiff Bank of Weston by Defendant Jaime Scott Farao, and set forth above, shall be excepted from Discharge in Defendant's Chapter 7 case pursuant to 11 U.S.C. §523.
c. Any and all debts owed to Plaintiff and the judgment herein shall not be discharged in this or any subsequent bankruptcy proceeding.
d. Absent other agreement of the parties, execution of this judgment may issue immediately.
e. The debts herein shall continue to accrue interest at the contract rates of interest pursuant to the terms of the individual promissory notes.
f. Defendant shall reimburse Plaintiff for the filing fee herein

Ann Thompson
Court Executive

By: /s/ Jamie Hinkle
    Deputy Clerk

Date of issuance: 8/30/12

Court to serve